UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE ORKIN and ARTHUR ORKIN<br><br>Plaintiffs,<br><br>v.<br><br>LISA SUE ALBERT and IAN ALBERT<br><br>Defendants. | CIVIL ACTION NO. 4:21-cv-40060-TSH<br><br>ANSWER TO COMPLAINT |

Defendant Lisa Sue Albert ("Mrs. Albert") hereby answers the allegations in the Complaint of Wayne Orkin and Arthur Orkin as set fourth below:

## INTRODUCTION

1. The first paragraph of the Complaint contains a summary of the case and does not require a response. To the extent a response is required, Mrs. Albert denies the allegations in this paragraph.

## PARTIES

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

## JURISDICTION AND VENUE

8. The allegations in Paragraph 8 of the Complaint contain legal conclusions to which no response is required.

9. The allegations in Paragraph 9 of the Complaint contain legal conclusions to which no response is required.

## GENERAL ALLEGATIONS

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 26 and on that basis denies those allegations.

27. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 27 and on that basis denies those allegations.

28. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 28 and on that basis denies those allegations.

29. Denied.

30. Denied.

31. Denied.

32. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 32 and on that basis denies those allegations.

33. Admitted.

34. Admitted.

35. Denied.

## CARE OF ARTHUR

36. Admitted.

37. Denied.

38. Denied.

39. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 39 and on that basis denies those allegations.

40. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 40 and on that basis denies those allegations.

41. Denied.

## ACTION AGAINST ARTHUR

42. Denied.

43. Denied.

44. Denied

45. Denied.

## ACTIONS AGAINST WAYNE AND ARTHUR

46. Mrs. Albert admits sending the Letter, respectfully refers to the Court to that document for a full and complete statement of its contents, and denies the remaining allegations in Paragraph 46 of the Complaint.

47. Denied.

48. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 48 and on that basis denies those allegations.

49. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 49 and on that basis denies those allegations.

50. Mrs. Albert admits sending the Letter, respectfully refers to the Court to that document for a full and complete statement of its contents, and denies the remaining allegations in Paragraph 50 of the Complaint.

51. Denied.

## ACTIONS AGAINST WAYNE

52. Mrs. Albert admits to stopping payments on certain checks and denies the remaining of the allegations in Paragraph 52 of the Complaint.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

## COUNT I
### Defamation
### (WAYNE v. LISA)

59. Mrs. Albert incorporates by reference her responses to Paragraphs 1 through 58 of the Complaint as though fully set forth herein.

60. Denied

61. Denied.

62. Denied.

63. Denied.

64. Denied.

## COUNT II
### Defamation
### (WAYNE v. LISA and IAN)

65. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 64 of the Complaint as though fully set forth herein.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

## COUNT III
## Defamation
## (ARTHUR v. LISA)

71. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 70 of the Complaint as though fully set forth herein.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

## COUNT IV
## Breach of Fiduciary Duty
## (WAYNE v. LISA)

76. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 75 of the Complaint as though fully set forth herein.

77. Denied.

78. Denied.

79. Denied.

79. Denied.

80. Denied.

## COUNT V
## Breach of Fiduciary Duty
## (WAYNE v. IAN)

81. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 80 of the Complaint as though fully set forth herein.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

## COUNT VI
### Breach of Contract
### (WAYNE v. LISA)

86. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 85 of the Complaint as though fully set forth herein.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

## COUNT VII
### Breach of Contract
### (WAYNE v. IAN)

91. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 90 of the Complaint as though fully set forth herein.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

## COUNT VIII
### Unjust Enrichment
### (WAYNE v. LISA and IAN)

96. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 95 of the Complaint as though fully set forth herein.

97. Denied.

98. Denied.

99. Denied.

## COUNT IX
<u>Injunctive Relief</u>

100. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 99 of the Complaint as though fully set forth herein.

101. Denied.

102. Denied.

103. Denied.

## COUNT X
<u>Intentional Interference with Advantageous Business Relationship</u>
(WAYNE v. LISA)

104. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 103 of the Complaint as though fully set forth herein.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

## COUNT XI
<u>Intentional Interference with Advantageous Business Relationship</u>
(WAYNE v. LISA)

110. Mrs. Albert repeats and realleges by reference her responses to Paragraphs 1 through 109 of the Complaint as though fully set forth herein.

111. Mrs. Albert denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 111 and on that basis denies those allegations.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

## AFFIRMATIVE DEFENSES

Mrs. Albert hereby asserts the following defenses and reserves the right to assert in the future such additional defenses that may become available or apparent during discovery or through other pretrial proceedings. The assertion of any defense herein is not, and is not intended as, an admission that Mrs. Albert has the burden of proof on any such defense or on any related element of the Complaint.

## FIRST DEFENSE

The Complaint should be dismissed for failure to state a claim upon which relief can be granted.

## SECOND DEFENSE

The Complaint is barred, in whole or in part, by the doctrine of waiver.

## THIRD DEFENSE

The Complaint is barred, in whole or in part, by the equitable doctrine of estoppel.

## FOURTH DEFENSE

The Complaint is barred, in whole or in part, by the equitable doctrine of laches.

## FIFTH DEFENSE

The injunctive relief sought in the Complaint is designed to shield fraudulent conduct from the Internal Revenue Service.

## **REQUESTED RELIEF**

WHEREFORE, Defendant Lisa Sue Albert respectfully requests that the Court award Plaintiffs nothing.

Dated: June 9, 2021

Respectfully Submitted,

Lisa Sue Albert,
By her attorneys,

/s/ Irwin B. Schwartz
Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Sara W. Khan (BBO# 680769)
skhan@blaschwartz.com
BLA Schwartz, PC
One University Avenue, Suite 302B
Westwood, Massachusetts 02090
Phone:  781-636-5000
Fax:     781-636-5090

## **Certificate of Service**

I, Irwin B. Schwartz, attorney for defendant Lisa Sue Albert hereby certify that on this 9th day of June 2021, I filed the foregoing document with Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

 /s/Irwin B. Schwartz
 Irwin B. Schwartz