

June 6, 2024

By ECF

Robert Farrell, Clerk of Court
United States District Court
595 Main Street
Worcester, Massachusetts 01608

    Re: <u>Orkin v. Albert</u>, Civil No. 4:21-CV-40060-MRG (D. Mass)

Dear Mr. Farrell,

    Pursuant to Fed. R. Civ. P. 69(a)(1) and Mass. R. Civ. P. 69, Intervenor-Plaintiff Boost Web SEO, LLC hereby requests that a First Execution issue in the above-referenced matter in connection with the Amended Judgment entered by this Court on May 2, 2024 [ECF No. 222]. More than thirty (30) days have passed since entry of the Amended Judgment, Intervenor Defendant Wayne Orkin has failed to post a Supersedeas Bond as set by the Court in the Electronic Order entered on May 2, 2024 [ECF No. 225], and no further stay of execution appears on the docket.

    A Proposed First Execution is submitted herewith.

    Should you have any questions, please do not hesitate to contact me.

    Thank you for your courtesy and attention to this matter.

                                   Respectfully,

                                   <u>/S/ Irwin B. Schwartz</u>
                                   Irwin B. Schwartz

Enclosure

cc:  All counsel by ECF