UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE ORKIN,<br><br>                 Plaintiff,<br><br>v.<br><br>LISA SUE ALBERT and IAN ALBERT<br><br>                 Defendants<br>and<br><br>BOOST WEB SEO, INC.<br><br>                 Intervenor-Plaintiff<br>v.<br><br>WAYNE ORKIN<br><br>                 Intervenor-Defendant. | CIVIL NO. 4:21-cv-40060-MRG<br><br>NOTICE OF APPEAL |

    Notice is hereby given that Wayne Orkin, the Plaintiff/Intervenor-Defendant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the following appealable orders and judgments of this Court in this case, including but not limited to the Court's Order of Permanent Injunctive Relief entered in this action on July 8, 2024, Docket 268.

                                                                  Respectfully submitted:
                                                                  Wayne Orkin,
                                                                  By his attorney,

                                                                  */s/ Jason Tauches*
                                                                  Jason Tauches (BBO# 569448)
                                                                jtauches@taucheslaw.com

The Law Office of Jason Tauches
45 Prospect Street
Cambridge, Massachusetts 02139
Phone:   (617) 230-4992
Fax:     (617) 396-2736

Dated: August 7, 2024

## Certificate of Service

  I, Jason Tauches, as attorney for Plaintiff/Intervenor-Defendant Wayne Orkin, hereby certify that on this 7th day of August 2024, that I served the foregoing document on counsel for Defendants Lisa Sue Albert and Ian Albert and intervenor plaintiff Boost Web SEO, Inc., via CM/ECF.

                */s/ Jason Tauches*
                Jason Tauches